IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EZRA MAIZE and JAMES HORTON, | |
| Plaintiffs, | |
| v. | |
| SHANER TRADE CENTER ASSOCIATES, L.P., d/b/a CHATTANOOGA MARRIOT HOTEL AND CONVENTION CENTER And WALDEN SECURITY a/k/a METROPOLITAN SECURITY SERVICES, INC. | CASE NO. 1:10-CV-64 (COLLIER/CARTER) JURY DEMAND |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now all of the parties to this litigation, by and through counsel, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all Plaintiffs' claims against all parties to this cause, with prejudice, with the parties bearing their own respective discretionary costs, if any. By filing this Stipulation of Dismissal, no party admits any wrongdoing, fault, or liability in connection with the matters at issue in this action.

By: /s/ David H. Dupree
David H. Dupree, TN BPR No. 025120
Attorney for Plaintiffs
P.O. Box 6622
Knoxville, Tennessee 37914
Telephone: (865) 524-5758



SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: /s/ Daniel M. Stefaniuk
Daniel M. Stefaniuk, TN BPR No. 019608
Attorneys for Defendant Metropolitan Security Services, Inc.,
d/b/a Walden Security
801 Broad Street, Sixth Floor
Post Office Box 1749
Chattanooga, Tennessee 37401-1749
Telephone: (423) 756 7000
Facsimile: (423) 756-4801


MILLER & MARTIN, PLLC

By: Joseph McCoin III by DMS w/ permission
Joseph Y. McCoin, III, TN BPR No. 20203
Attorneys for Shaner Trade Center Associates, L.P., d/b/a
Chattanooga Marriott Hotel and Convention Center
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

## CERTIFICATE OF SERVICE

I hereby certify that on July \_1\_, 2010, a copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*[signature]*